# Court of Appeals
# of the State of Georgia

ATLANTA,  November 02, 2020

*The Court of Appeals hereby passes the following order:*

**A21D0088. STEVEN LEE CARGLE v. JESSICA N. HARVILL.**

The trial court entered a final judgment and decree of divorce in this action on July 27, 2020. On October 9, 2020, defendant Steven Cargle filed this application for discretionary review. We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Cargle filed this application more than two months after entry of the divorce decree he seeks to appeal. Consequently, this untimely application for discretionary review is hereby DISMISSED for lack of jurisdiction. See id. If, as Cargle appears to suggest in his application, his right to timely seek appellate review was frustrated due to a trial court error, his remedy is to petition the trial court to vacate and re-enter the order at issue in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980), disapproved in part by *Wright v. Young*, 297 Ga. 683, 684, n. 3 (777 SE2d 475) (2015).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/02/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*